# United States District Court
# Central District of California

| | |
|---|---|
| BRENDA CLARK,<br><br>            Plaintiff,<br><br>   v.<br><br>GANDER MOUNTAIN COMPANY; and DOES 1-10 inclusive,<br><br>            Defendants, | Case No. 2:14-cv-07945-ODW(RZx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 10), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than November 30, 2014**, why settlement has not been finalized. No hearing will be held. This Order will be discharged upon the filing of a stipulation to dismiss. All other dates in this action are **VACATED** and taken off calendar. The Motion to Dismiss Complaint (ECF No. 8) is hereby **MOOT**.

**IT IS SO ORDERED.**

November 18, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**