NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@trialnewport.com
Richard H. Hikida, Bar No. 196149
rhikida@trialnewport.com
David W. Reid, Bar No. 267382
dreid@trialnewport.com
Victoria C. Knowles, Bar No. 277231
vknowles@trialnewport.com
4100 Newport Place, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA CLARK, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>GANDER MOUNTAIN COMPANY, a Minnesota corporation; and DOES 1-10, Inclusive,<br><br>  Defendants. | Case No.  2:14-cv-07945-ODW-RZ<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Date Filed:  September 2, 2014<br>Date Removed:  October 14, 2014 |

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Brenda Clark
2 | ("Plaintiff") voluntarily dismisses *with* prejudice this action against Defendant Gander
3 | Mountain Company ("Defendant"). Defendant has not yet filed or served an answer to
4 | Plaintiff's Complaint or a motion for summary judgment.

Dated: December 2, 2014　　　　　　　　NEWPORT TRIAL GROUP

　　　　　　　　　　　　　　　　　　　　By: */s/Scott J. Ferrell*
　　　　　　　　　　　　　　　　　　　　Scott J. Ferrell, Esq.
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

- 1 -
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2014, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                       */s/   Scott J. Ferrell*
                                               Scott J. Ferrell